DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Tina Alarcon, | ) | |
| | ) | CASE NO. 5:07 CV 230 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| Transunion Marketing Solutions, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that defendant Collection Consultants of California's motion for summary judgment (Document 85) is GRANTED as to count II;

IT IS FURTHER HEREBY ORDERED, ADJUDGED and DECREED that defendant's motion for summary judgment (Document 85) is DENIED as to count III as to claims under the FCRA arising on or after January 26, 2005.

IT IS SO ORDERED.

| | |
|---|---|
| September 30, 2008 | *S/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |